LOUIS HOCHSTEIN et al., Appellants, *v.* VANDERVEER
CROSSINGS, Respondent.

Reported below, 155 App. Div. 898.
(Argued November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered February 28, 1913, affirming
a judgment in favor of defendant entered upon a dis-
missal of the complaint by the court at a Trial Term in
an action to recover for an alleged breach of contract.

The motion was made upon the grounds that the appeal
was improperly taken; that there was a misjoinder of
causes of action; that the appeal was frivolous and that
the return was defective and was not filed within the
required time.

*Charles C. Clark* for motion.

*Abraham A. Silberberg* opposed.

Motion denied, with ten dollars costs.